# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1262
_____

United States of America

*Plaintiff - Appellee*

v.

Frank James Godino

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 16, 2017
Filed: August 22, 2017
[Unpublished]

_____

Before WOLLMAN, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Frank Godino appeals the district court's[1] order revoking his supervised release and imposing a 10-month sentence. His counsel has moved for leave to withdraw and has filed a brief questioning the reasonableness of Godino's revocation sentence.

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

We conclude from our review of the record that the district court did not abuse its discretion in sentencing Godino. See <u>United States v. Johnson</u>, 827 F.3d 740, 744 (8th Cir. 2016) (appellate court reviews district court's revocation sentence under abuse-of-discretion standard); <u>United States v. Larison</u>, 432 F.3d 921, 922-24 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment).

The judgment is affirmed, and counsel is granted leave to withdraw.

_____